UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODI L. CRANE,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF DUNSMUIR, et al.,<br><br>  Defendants. | No. 2:21-cv-00022-TLN-CKD<br><br>**ORDER** |

Plaintiff Jodi L. Crane ("Plaintiff") is an individual proceeding *pro se* with a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 30, 2021, the magistrate judge filed findings and recommendations which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within 14 days. (ECF No. 33.) No timely objections have been filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED:

1. The Findings and Recommendations (ECF No. 33) are ADOPTED IN FULL;
2. Defendants' Motion to Dismiss (ECF No. 29) is GRANTED in part and DENIED in part;
3. Defendants' Motion to Dismiss (ECF No. 29) is DENIED to the extent that Plaintiff is granted leave to file a third amended complaint naming Defendant Todd Juhasz within 30 days after this order — in all other respects the Motion to Dismiss is GRANTED; and
4. All claims against Defendants Juliana Lucchessi, Daniel Padilla, and the City of Dunsmuir are DISMISSED without further leave to amend.

IT IS SO ORDERED.

DATE: July 7, 2021

Troy L. Nunley
United States District Judge