Dated this Sept 9, 2021                    2:21-cv-00022
                                              TLN CKD

United States District
Court Eastern Division
of California

**FILED**
OCT - 4 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

Jodi L. Crane
           Plantiff

              Plantiffs opposure
              to Defendants
VS            Dismiss Third Amended
              Complaint

TODD Juhasz
           Defendant

Plantiffs written opposure to Dismiss third Amended Complaint.

I would ask the Courts your Honor Plantiffs, Prayer for Releif on third Amended complaint be granted in full. Relief is needed now for Business to Susinue an to not be homless due to Defendants unlawful acts, on Plantiff for 13 months

Case # 2:21-cv-00022 TLN CKD
10-1-2021

Plantiffs opposure,
to
(to) moetion Dissmiss
(third) Amended Complaint

On August 6, 2021 Plantiff filed A third Amended Complaint asking for Judgement Plantiff's place of Business has been unlawfully closed down for 13 months now, Plantiff unable to pay even water, power, Rent all monies made from her Business to Survive the Defendant Violated, Plantiffs

fourteenth admendment, fourth Admendment, fifth Admendment, Discreminated Plantiffs Right to her own properties illegally cutting, siezing, Plantiff Locks on property leaving Plantiff no acsess an no Income. Denying Plontiff hearing to be herd. the Said Violation was hearsay beatween city employes as not one city employee a Building inspector ever entered Plantiffs property or place of Business. 1) the hearsay violateion does not ogsist. (2) there was no violateion, no violation

Sheet from Building or ordinance officer Nameing said violation the plantiff arrived at her Buisness Building Deemed danger on place of Business, with once again no violation Sheet Stateing violation an Defendent Denied plantiff a 15 day hearing to be heard by City Counsel, all unlawfull acts an illegal actions were forced on plantiff by an abuse of power an to Discriminate woman owned Buisnesses. Delibrate Interference to keep plantiff's Buisness from Sueseeding. an Remain closed 13 months on unlawful an illegal actions dusing his city manager position abuseing his authority to Descriminate Plantiff. Fabrakated violations when no one has even inspected or to Deni plantiff from Inspection to keep heassay violation keeping Buissness from Suiiung. the Defendent should be held accountable for unlaweful Descriminate illegal acts while useing his authority to abuse plantiff. Plantiff is egsashested trying to understand civil law. Plantiff had to go In pro per because everything She has to make Income has been unlawfully siezed for 13 months. life forced poverty by Defendant


Defendant has caused Mental Anguish, Depression, Stress An Anger. Devastation to say the least. Defendants said negligence to secure the property, has an unknown degree of losses. Plantiffs Double glass doors Shattered, Windows broke An Burglerized on several accastions all during Defendants Said Controll. I started an filed this case in hopes that there was somekind of Justice an the unlawful acts forced on plantiff would be addressed an Defendant held Accountable for his own actions forced on plantiff. Plantiffs Business an way to provide has been illegally an unlawfully taken from her with Harrassment Discrumination An Abuse of city employees for (13 months).

Surviual of the Business is Detramental now. I would ask your Honor to Honor an Re Read third ammended complaint an Grant plantiff the Relief needed for the harm caused an forced on plantiff an hold Defendant Accountable for his actions.

Plantiff apologizes to defense an to your Honor for the confusion of not filing opposure on time. My daughter an granddaughter contracted Covid an my grandson's Jayce is (1) Dawson is (5) Sheltered at my home thru middle of August till September 16, 2021

As any parent or grandparent these ages require supervision every second on confusion after couple days happens,

I filed this case because of the unlawfully, illegal wrongs being done to myself an Buisness Discriminated from all legal laws. My opinion does not change my life has been lost as known my Buisness, an way to survive illegally closed. White collar crime an abusive of power is very Real here, an my Buisness is in Devastation to Survive, my heart has been real heavy fighting this case. I have no experience in civil law, but had fight case myself cause of forced poverty by Defendant unlawfully taking my property. The Violation does not egsist its hearsay beetween employes to Descriminate plantiff. I ask your honor grant Relief in amounts owed in third Amended Complaint. Grant plantiff Relief for the unlawful acts Committed by defendant while performing his Job duties, grant the Plantiff whats Right an hold the Defendant Accountable for Discriminating Plantiff for Delibrate Interference, falsefying information to keep plantiff from Surviving. Grant Plantiff Relief for the Negligence to protect said property while in said controll.

as of (9/27/21), the Defendant quit (5) his position as city manager for Dunsmuir an took city manager position in neighboring city.. 8 miles away. On 9/29/21 I went to city hall asked for construction permitts an Bussness license Renewell form all which were denied by Defendant, An they were issued to me without problem

So I ask if there was a problem with giving me theese things needed they would have denied them. As city manager discriminated against Plantiff an Refused all permitts an license an kept an still is locked out from her property an place of Bussness.

I ask your Honor grant in full Plantiffs third Amended complaint

An Order all Relief plantiff is owed by defendants unlawful illegal acts as Deliberate interference an forced harm to Survive for 13 months.

10-1-21

Jodi Crane
10-1-21
Jodi Crane

the dedicated due to interference of fabricated violations between employees to abuse of Power an the mental anguish caused has been a very hard road to try an keep positive

10-1-21
Dated Signed

Jodi Crane  10-1-21
6290 Hilltop drive
Dunsmuir Ca
530 9253827

Plantiff ask for Judgement Due to Defendant quiting Job on 9/27/21 before hearing could even take place.

Relief is needed now an property needs to be unlocked an returned to plantiff to Save Beusness.

Thank you
Jodi Crane

Proof of Service

2:21-cv-00022
TLN CKD

10-1-2021

(I Jodi Crane)
By Placing Postage on Envelope an mailing United States postage to person's an addresses below

I am of 18 years old an of Sound Mind Sware to the statements here within these pages.

Defendant
TODD Juhasz
C/o Kevin DEHOFF
601 University Avenue
Suite 150
Sacramento Ca 95825

Magastrate Judge
Carol Delaney
C/o Court clerk
501 I Street
Sacremto Ca
95814-7300

Dated on this October 1, 2021

Jodi Crane

Jodi Crane
6290 Hilltop dr
Dursmuir Ca 96025