1

2

3

4

5

6

7

8                                   UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      JODI L. CRANE,                                        No.  2:21-cv-0022-KJM-CKD (PS)

12                         Plaintiff,

13            v.                                              ORDER

14      CITY OF DUNSMUIR, et al.,

15                         Defendants.

16

17            Plaintiff Jodi Crane proceeds pro se in this civil rights action brought under 42 U.S.C. §

18      1983 with a third amended complaint filed on August 6, 2021, with claims against defendant

19      Juhasz. (ECF No. 39.) Defendant's motion to strike (ECF No. 47) is before the court. This matter

20      is appropriate for decision without oral argument. See Local Rule 230(g).

21            On August 23, 2021, defendant moved to dismiss the third amended complaint. (ECF No.

22      40.) Defendant's motion was set for a hearing to take place on September 29, 2021. That hearing

23      date was subsequently vacated when plaintiff did not file a timely opposition. On September 22,

24      2021, plaintiff was ordered to show cause, in writing, why the failure to oppose the motion to

25      dismiss should not waive the right to oppose the motion and why this action should not be

26      dismissed due to the failure to file an opposition.

27            On October 4, 2021, plaintiff filed an opposition to the pending motion to dismiss. (ECF

28      No. 46.) Plaintiff's October 4, 2021 opposition was titled "Plaintiff's Opposure to Defendants

                                                        1

1  Dismiss Third Amended Complaint." (Id.) Despite this title, plaintiff's October 4, 2021

2  opposition was entered into the court's Case Management / Electronic Case Files docketing and

3  file system, and thus appears on PACER, as "Fourth Amended Complaint against All Defendants

4  and OPPOSITION to [ECF No.] 40 Motion to Dismiss by Jodi Crane." (Id.)

5      Construing plaintiff's October 4, 2021 filing as an amended complaint, defendant moves

6  to strike the amended complaint. (ECF 47.) In moving to strike the document, defendant asserts

7  the motion reads as an amended complaint rather than an opposition. (Id. at 1.)

8      Because plaintiff is a pro se filer, the description given to plaintiff's October 4, 2021 filing

9  was entered by court staff and not by plaintiff. Having reviewed the October 4, 2021 filing, the

10  undersigned construes the filing as a response to the court's order to show cause and opposition to

11  defendant's pending motion to dismiss the third amended complaint.

12      Based on the foregoing, IT IS ORDERED:

13      1.  The Clerk of the Court is directed to correct the CM/ECF docket entry for plaintiff's

14          October 4, 2021 filing (ECF No. 46) by deleting "FOURTH AMENDED

15          COMPLAINT against All Defendants" so that the entry reads "OPPOSITION to 40

16          Motion to Dismiss by Jodi Crane."

17      2.  Defendant's motion to strike (ECF No. 47) is denied; and

18      3.  The December 29, 2021 hearing on defendant's motion to strike is vacated.

19  Dated:  December 20, 2021

20                                          CAROLYN K. DELANEY
21                                          UNITED STATES MAGISTRATE JUDGE

22  8.crane.21cv0022.mts

23

24

25

26

27

28

2