UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODI L. CRANE,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF DUNSMUIR, et al.,<br><br>    Defendants. | No.  2:21-cv-00022-TLN-CKD<br><br>**ORDER** |

On January 18, 2022, the magistrate judge filed findings and recommendations which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within 14 days.  (ECF No. 50.)  Plaintiff has filed objections to the findings and recommendations.  (ECF No. 51.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the matter, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED:

   1. The findings and recommendations, (ECF No. 50), are adopted in full;

   2. Defendant's motion to dismiss, (ECF No. 40), is GRANTED;

   3. Plaintiff's third amended complaint is dismissed without further leave to amend; and

4.  The Clerk of the Court is directed to close this case.

DATED:  February 16, 2022

>  Troy L. Nunley
>  United States District Judge