## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                                        **JUDGMENT IN A CIVIL CASE**

**JODI L. CRANE,**

                                                        CASE NO: **2:21−CV−00022−TLN−CKD**

               v.

**TODD JUHASZ, ET AL.,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 2/17/2022**

                                                        **Keith Holland**
                                                        Clerk of Court

ENTERED: **February 17, 2022**

                                            by: /s/ H. Huang
                                                   Deputy Clerk